UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**MARIA-MICHELLE CANULLA**                                                                **PLAINTIFF**

**v.**                         **CASE NO. 4:10-CV-01461 BSM**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES;**
**JOHN SELIG, individually and in his official capacity as Director of the Arkansas Department of Human Services;**
**ROY JEFFUS, individually and in his official capacity as the former Director of the Arkansas Department of Human Services;**
**GENE GESSOW, in his official capacity as DHS/Director of Medical Services;**
**CAROL SHOCKLEY, individually and in her official capacity as DHS/DMS Director of the Office of Long-Term Care;**
**FRANK GOBELL, individually and in his official capacity as DHS/DMS/OLTC Business Operations Manager;**
**ROSE TABOR, in her official capacity as Nurse Manager at DHS/DMS/OLTC;**
**JUDY JOHNSON, individually and in her official capacity as**
**Nurse Manager at DHS/DMS/OLTC;**
**SANDRA BROUGHTON, individually and in her official capacity as**
**Program Manager at DHS/DMS/OLTC; and**
**VICKY HINSON, individually and in her official capacity as**
**Nurse Supervisor at DHS/DMS/OLTC**                                                    **DEFENDANTS**

## ORDER

Plaintiff Maria-Michelle Canulla's motion [Doc. No. 10] for reconsideration of the October 25, 2010, order denying her motion to appoint counsel is denied. Canulla is notified that she must diligently seek representation before her request to appoint counsel can be considered. She may renew her motion if she can prove that at least three attorneys—engaged in the practice of disability law and without a conflict of interest—decline to represent her.

IT IS SO ORDERED this 3rd day of November, 2010.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE