IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIA-MICHELLE CANULLA**                                                                 **PLAINTIFF**

v.                                    Case No. 4:10-cv-01461 KGB

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES, et al.**                                                           **DEFENDANTS**

## ORDER

Before the Court is plaintiff's motion to dismiss with prejudice (Dkt. No. 67). Plaintiff states that this case has been settled by the parties and requests that this court dismiss the instant matter, with prejudice in all respects, with each party to bear its own costs and fees, except as provided by the settlement agreement between the parties.

Therefore, the Court finds that this case should be and hereby is dismissed with prejudice in all respects, with each party to bear its own costs and fees, except as provided by the settlement agreement between the parties.

SO ORDERED this 13th day of February, 2014.

_____
Kristine G. Baker
United States District Judge